Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-936-600

**Effective date of
registration:**

September 30, 2014

---

## Title

**Title of Work:** Best Friends Collection

## Completion/Publication

**Year of Completion:** 2014

**Date of 1st Publication:** January 1, 2014     **Nation of 1st Publication:** United States

## Author

■     **Author:** Thomas Wood

**Author Created:** 2-D artwork

**Work made for hire:** No

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Thomas Wood

18 Thomas Drive, Hackettstown, NJ, 07840

## Rights and Permissions

**Name:** Thomas  Wood

**Email:** tomwood18@comcast.net

**Address:** 18 Thomas Drive

Hackettstown, NJ 07840

## Certification

**Name:** Thomas Wood

**Date:** September 30, 2014

---

**Correspondence:** Yes





















# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-412

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:**   BOUNTIFUL MEADOWS

## Completion/Publication

**Year of Completion:**   2019
**Date of 1st Publication:**   March 19, 2019
**Nation of 1ˢᵗ Publication:**   United States

## Author

- **Author:**   Thomas Wood
  **Pseudonym:**   Abby White
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Thomas Wood
18 Thomas Drive, Hackettstown, NJ, 07840, United States

## Rights and Permissions

**Organization Name:**   Porterfield's Fine Art Licensing
**Name:**   Lance Klass
**Email:**   porterfieldsfineart@gmail.com
**Telephone:**   (941)487-8581
**Address:**   2315 Milford Circle
Sarasota, FL 34239 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-367

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

           **Title of Work:**  GOING HOME FOR CHRISTMAS

## Completion/Publication ━━━━━━━━━━━━━━━━━━━━━━━━

           **Year of Completion:**  2021
     **Date of 1st Publication:**  May 09, 2021
  **Nation of 1ˢᵗ Publication:**  United States

## Author ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

    •         **Author:**  Thomas Wood
          **Pseudonym:**  Abby White
    **Author Created:**  2-D artwork
        **Citizen of:**  United States

## Copyright Claimant ━━━━━━━━━━━━━━━━━━━━━━━━━━

  **Copyright Claimant:**  Thomas Wood
                     18 Thomas Drive, Hackettstown, NJ, 07840, United States

## Rights and Permissions ━━━━━━━━━━━━━━━━━━━━━━

  **Organization Name:**  Porterfield's Fine Art Licensing
              **Name:**  Lance Klass
              **Email:**  porterfieldsfineart@gmail.com
          **Telephone:**  (941)487-8581
           **Address:**  2315 Milford Circle
                     Sarasota, FL 34239 United States

## Certification ━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-358

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:** MAKING NEW FRIENDS

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** February 17, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Thomas Wood
  **Pseudonym:** Abby White
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Thomas Wood
18 Thomas Drive, Hackettstown, NJ, 07840, United States

## Rights and Permissions

**Organization Name:** Porterfield's Fine Art Licensing
**Name:** Lance Klass
**Email:** porterfieldsfineart@gmail.com
**Telephone:** (941)487-8581
**Address:** 2315 Milford Circle
Sarasota, FL 34239 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-423-274

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title

|  |  |
|---|---|
| **Title of Work:** | PUMPKIN PATCH |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | November 14, 2007 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| **Author:** | Thomas Wood |
| **Pseudonym:** | Abby White |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Thomas Wood |
| | 18 Thomas Drive, Hackettstown, NJ, 07840, United States |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Porterfield's Fine Art Licensing |
| **Name:** | Lance Klass |
| **Email:** | porterfieldsfineart@gmail.com |
| **Telephone:** | (941)487-8581 |
| **Address:** | 2315 Milford Circle |
| | Sarasota, FL 34239 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-390**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 26, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | STEALIN' ME GOLD |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | October 12, 2018 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Thomas Wood |
| **Pseudonym:** | Abby White |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomas Wood |
| | 18 Thomas Drive, Hackettstown, NJ, 07840, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Porterfield's Fine Art Licensing |
| **Name:** | Lance Klass |
| **Email:** | porterfieldsfineart@gmail.com |
| **Telephone:** | (941)487-8581 |
| **Address:** | 2315 Milford Circle |
| | Sarasota, FL 34239 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-277

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 25, 2024

---

## Title
_____

**Title of Work:** SCAREDY CATS

## Completion/Publication
_____

**Year of Completion:** 2019
**Date of 1st Publication:** October 14, 2019
**Nation of 1ˢᵗ Publication:** United States

## Author
_____

- **Author:** Thomas Wood
  **Pseudonym:** Abby White
  **Author Created:** 2-D artwork
  **Citizen of:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Thomas Wood
18 Thomas Drive, Hackettstown, NJ, 07840, United States

## Rights and Permissions
_____

**Organization Name:** Porterfield's Fine Art Licensing
**Name:** Lance Klass
**Email:** porterfieldsfineart@gmail.com
**Telephone:** (941)487-8581
**Address:** 2315 Milford Circle
Sarasota, FL 34239 United States

## Certification
_____

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-423-197**

**Effective Date of Registration:**
October 29, 2024
**Registration Decision Date:**
November 25, 2024



---

## Title

| | |
|---|---|
| **Title of Work:** | THE HALLOWEEN PARTY |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2016 |
| **Date of 1st Publication:** | May 16, 2016 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Thomas Wood |
| **Pseudonym:** | Abby White |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Thomas Wood |
| | 18 Thomas Drive, Hackettstown, NJ, 07840, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Porterfield's Fine Art Licensing |
| **Name:** | Lance Klass |
| **Email:** | porterfieldsfineart@gmail.com |
| **Telephone:** | (941)487-8581 |
| **Address:** | 2315 Milford Circle |
| | Sarasota, FL 34239 United States |

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-423-345

**Effective Date of Registration:**
October 29, 2024

**Registration Decision Date:**
November 26, 2024

---

## Title

**Title of Work:**   CAPE FLORIDA LIGHTHOUSE

## Completion/Publication

**Year of Completion:**   2018
**Date of 1st Publication:**   March 23, 2018
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Thomas Wood
  **Pseudonym:**   Abby White
  **Author Created:**   2-D artwork
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Thomas Wood
18 Thomas Drive, Hackettstown, NJ, 07840, United States

## Rights and Permissions

**Organization Name:**   Porterfield's Fine Art Licensing
**Name:**   Lance Klass
**Email:**   porterfieldsfineart@gmail.com
**Telephone:**   (941)487-8581
**Address:**   2315 Milford Circle
Sarasota, FL 34239 United States

## Certification

