IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS WOOD, | |
| Plaintiff, | Case No.: 1:25-cv-15566 |
| v. | Judge Georgia N. Alexakis |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

**AMENDED SCHEDULE A TO COMPLAINT**

| No. | Defendant |
|-----|-----------|
| 1 | Mayfly Island Company |

1